UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRIAM MCINTOSH,<br><br>            Plaintiff,<br>    v.<br><br>WELLS FARGO BANK, N.A.; U.S. BANK, NATIONAL ASSOCIATION, as Trustee of BLUEWATER INVESTMENT TRUST 2018-1; CATAMOUNT PROPERTIES 2018, LLC; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO,<br><br>            Defendants. | CASE NO.:  3:20-CV-01649-RS<br><br>[The Honorable Richard Seeborg]<br><br>**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |

1 | The Court, having considered the joint stipulation by all parties to continue the Initial
2 | Scheduling Conference, and good cause appearing, hereby GRANTS the stipulation.
3 | ACCORDINGLY,
4 | The initial Rule 26 Scheduling Conference is continued from January 7, 2021, to
5 | February 25, 2021 at 10:00 a.m. A joint Rule 26 report by the parties shall be filed at
6 | least seven (7) before this Initial Scheduling Conference.
7 | IT IS SO ORDERED.

DATED: December 15, 2020

THE HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE